OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed.
 

 On appeal, defendant contends that since he was misinformed about the maximum sentence to which he was exposed, his guilty plea was not knowing, intelligent, and voluntary. Whether a plea was knowing, intelligent and voluntary is dependent upon a number of factors “including the nature and terms of the agreement, the reasonableness of the bargain, and the age and experience of the accused”
 
 (People v Hidalgo,
 
 91 NY2d 733, 736). That the defendant allegedly received inaccurate information regarding his possible sentence exposure is another factor which must be considered by the court, but it is not, in and of itself, dispositive.
 

 The record demonstrates that the length of the sentence was but one of many elements considered by the defendant before
 
 *871
 
 the plea was accepted. It is also true, on the facts presented here, that the defendant, arguably, could have received a consecutive sentence as his attorney advised him. Thus, it cannot be said, as a matter of law, that defendant’s plea of guilty was not knowing, intelligent and voluntary. Defendant’s remaining contentions are without merit.
 

 Chief Judge Kaye and Judges Titone, Bellacosa, Smith, Levine, Ciparick and Wesley concur.
 

 Order affirmed in a memorandum.